| | | |
|---|---|---|
| VERMONT SUPERIOR COURT<br>Rutland Unit<br>83 Center St<br>Rutland VT  05701<br>802-775-4394<br>www.vermontjudiciary.org |  | CIVIL DIVISION<br>Case No. 25-CV-02447 |

**Dee Ann Jensen, et al v. Best Western International, Inc., et al**

# DISMISSAL ORDER

Title:          Stipulation Filed Partial Stipulation for Dismissal and Order (for Best Western International, Inc.)
Filer:          Tristan C Larson
Filed Date:     September 10, 2025

      The claims against Best Western International, Inc. are DISMISSED WITHOUT PREJUDICE. The clerk of the Court will make an entry in the record so indicating.  Each party to bear its own costs, expenses, and attorneys' fees.

Electronically Signed on: Thursday, September 11, 2025 pursuant to V.R.E.F. 9(d).

_____
Susan A. McManus
Superior Court Judge