| VERMONT SUPERIOR COURT | | CIVIL DIVISION |
|---|---|---|
| Rutland Unit |  | Case No. 25-CV-02447 |
| 83 Center St | | |
| Rutland VT 05701 | | |
| 802-775-4394 | | |
| www.vermontjudiciary.org | | |

| Dee Ann Jensen, et al v. Hogge Penny Inn Association of Owners, Inc., et al |
|---|

## ENTRY REGARDING MOTION

Title:      Motion for Extension of Time to Answer  (Motion: 3)
Filer:      Victoria E. K. Taravella
Filed Date: September 24, 2025

Plaintiff to file a response within seven days. If no response is filed, the motion will be granted.

Electronically Signed on: Wednesday, September 24, 2025 pursuant to V.R.E.F. 9(d).

_____
Susan A. McManus
Superior Court Judge