

| VERMONT SUPERIOR COURT | | CIVIL DIVISION |
|---|---|---|
| Rutland Unit |  | Case No. 25-CV-02447 |
| 83 Center St | | |
| Rutland VT  05701 | | |
| 802-775-4394 | | |
| www.vermontjudiciary.org | | |

**Dee Ann Jensen, et al v. Hogge Penny Inn Association of Owners, Inc., et al**

# ENTRY REGARDING MOTION

Title:       Motion for Default Judgment re: Hogge Penny Inn Association of Owners, Inc. (Motion: 4)
Filer:       Tristan C Larson
Filed Date:  October 01, 2025

The motion is stayed pending the outcoming of the Notice of Removal to Federal Court.

Electronically Signed on: Sunday, October 12, 2025 pursuant to V.R.E.F. 9(d).

_____
Susan A. McManus
Superior Court Judge