

| VERMONT SUPERIOR COURT | | CIVIL DIVISION |
|---|---|---|
| Rutland Unit |  | Case No. 25-CV-02447 |
| 83 Center St | | |
| Rutland VT  05701 | | |
| 802-775-4394 | | |
| www.vermontjudiciary.org | | |

**Dee Ann Jensen, et al v. Hogge Penny Inn Association of Owners, Inc., et al**

# ENTRY REGARDING MOTION

Title: Document Letter to Court with US District Court Case Number & Docket
Filer: Victoria E. K. Taravella
Filed Date: October 14, 2025

    The court will provided the requested certified case documents and original file to the Federal District Court, District of Vermont.

Electronically Signed on: Wednesday, October 15, 2025 pursuant to V.R.E.F. 9(d).

_____
Susan A. McManus
Superior Court Judge